NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JAMES B. QUILLIAMS,                     )
                                        )
          Appellant,                    )
                                        )
v.                                      )     Case No.  2D17-2762
                                        )
STATE OF FLORIDA,                       )
                                        )
          Appellee.                     )
_____)

Opinion filed February 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Chris Helinger, Judge.


PER CURIAM.



          Affirmed.



LaROSE, C.J., and SILBERMAN and SALARIO, JJ., Concur.